United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO CUEVA, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:20-cv-00101 |
| PAN-AMERICAN LIFE INSURANCE COMPANY, *et al.*, <br> Defendants. | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 18). The R&R recommended this Court remand the case and deny as moot "Defendant Pan American Life Insurance Company's 12(b)(6) Motion to Dismiss Plaintiff's Supplemental Petition" ("PALIC's MTD") (Docket No. 4).

Objections were due July 29, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, Plaintiff Reynaldo Cueva's "Motion to Remand" (Docket No. 8) is **GRANTED** and PALIC's MTD (Docket No. 4) is **DENIED AS MOOT**. The District Clerk's Office is **ORDERED** to remand this case to the 197th District Court in Willacy County, Texas.

Signed on this 4th day of August, 2020.

Rolando Olvera
United States District Judge